AO91 (Rev.5/85) Criminal Complaint

**FILED**
MAY 1 0 2002
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

UNITED STATES OF AMERICA
V.

Ruben Fernandez,

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: A01-118 mJ (JDR)

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or after May 20, 1995, in _____ county, in the _____ District of **Alaska**

___, defendant(s) did, (Track Statutory Language of Offense)

Move or travel in interstate and/or foreign commerce with the intent to avoid prosecution for Murder in the First Degree, a felony under the laws of the State of Alaska.

in violation of Title **18**, United States Code, Section(s) **1073**.

Federal Bureau of Investigation and that this
(Official Title)
complaint is based on the following facts:

See attached affidavit incorporated herein

Continued on the attached sheet and made a part hereof:  **x** Yes  ___ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

at **Anchorage, Alaska**
   City and State

June 8, 2001 Date

NAME OF JUDGE **JOHN D. ROBERTS**
United States Magistrate Judge
Name & Title of Judicial Officer

**REDACTED SIGNATURE**
_____
Signature of Judicial Officer