**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

```
                                          FILED
                                          JUN 30 2004
                                          UNITED STATES DISTRICT COURT
                                          DISTRICT OF ALASKA
                                          By_____OM_____Deputy
```

<u>UNITED STATES OF AMERICA</u>   v.   <u>RUBEN FERNANDEZ</u>

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                    CASE NO. <u>A01-0118 MJ (JDR)</u>

<u>Dan Maus</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: June 29, 2004

The government is hereby directed to file a report as to the status of the above mentioned case within thirty days of this order and advise the court as to if the case is resolved or if the warrant of arrest should still stand.

```
A01-0118--MJ (JDR)   on  6/30/04
-----------------------------------------
✓UNITED STATES ATTORNEY (USA)
✓US MARSHAL
```

[]{IA.WPD*Rev.12/96}

