FILED
U.S. DISTRICT COURT
DISTRICT OF ALASKA

2004 JUL 20 AM 9: 19

TIMOTHY M. BURGESS
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. A01-0118 MJ  (JDR) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STATUS REPORT** |
| vs. | ) | **PURSUANT TO COURT'S** |
| | ) | **ORDER OF JUNE 29, 2004** |
| RUBEN FERNANDEZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States Attorney's Office, by and through counsel,

pursuant to the court's order of June 29, 2004 submits the following status report.

//

3

The defendant is still a fugitive and the warrant of arrest should stand.


RESPECTFULLY SUBMITTED this 20th day of July, 2004, in Anchorage,

Alaska.


TIMOTHY M. BURGESS
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney