NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNTIED STATES OF AMERICA,  ) | Case No. 3:01-mj-00118-JDR |
| ) | |
| Plaintiff,  ) | |
| ) | STATUS REPORT PURSUANT TO |
| vs.  ) | COURT'S ORDER |
| ) | |
| RUBEN FERNANDEZ,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |
| _____  ) | |

COMES NOW the United States of Attorney's Office, by and through

counsel, pursuant to the court's order, and hereby reports that this action is not

resolved and the above-named defendant remains a fugitive.  Accordingly, the warrant of arrest should remain outstanding.

RESPECTFULLY SUBMITTED this 23rd day of July, 2007, in Anchorage, Alaska.

                                NELSON P. COHEN
                                United States Attorney

                                s/Karen L. Loeffler
                                Assistant United States Attorney
                                Federal Building & U.S. Courthouse
                                222 West Seventh Avenue, #9, Rm 253
                                Anchorage, Alaska  99513-7567
                                Phone: (907) 271-5071
                                Fax: (907) 271-1500
                                E-mail: karen.loeffler@usdoj.gov