NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>RUBEN FERNANDEZ,  )<br>)<br>Defendant.  )<br>)<br>_____ ) | Case No. 3:01-mj-00118-JDR<br><br>STATUS REPORT PURSUANT TO<br>COURT'S ORDER |

COMES NOW the United States of Attorney's Office, by and through

counsel, pursuant to the court's order, and hereby reports that this action is not

resolved and the above-named defendant remains a fugitive.  Accordingly, the warrant of arrest should remain outstanding.

RESPECTFULLY SUBMITTED this 31st day of July, 2008, in Anchorage, Alaska.

                              NELSON P. COHEN
                              United States Attorney

                               s/Karen L. Loeffler
                              Assistant United States Attorney
                              Federal Building & U.S. Courthouse
                              222 West Seventh Avenue, #9, Rm 253
                              Anchorage, Alaska  99513-7567
                              Phone: (907) 271-5071
                              Fax: (907) 271-1500
                              E-mail: karen.loeffler@usdoj.gov